DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY GULLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-409 MCE |
| Plaintiff, | ) | |
| v. | ) | ORDER VACATING CONTROL DATE |
| LARRY GULLEY, | ) | Date:  October 1, 2009 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England, Jr. |

**WHEREAS** the Court is advised that Mr. Gulley has complied with this court's oral order of September 24, 2009, that he provide the probation officer with documentation confirming his current employment and his current participation in a treatment program; and

**WHEREAS** Defense Counsel advises that he has received and has retained in his case file, faxed verification of employment and enrollment in treatment, and has been notified by the probation officer that she received verification of employment (directly), and that she received verification of enrollment in treatment which defense counsel forwarded to her;

**THEREFORE**, the control date of October 1, 2009, requiring Mr. Gulley to personally appear in court in the event such documentation had not been supplied, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: September 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

[Proposed] Order
Vacating Control Date               2