UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

                              RE:    Larry GULLEY
                                      Docket Number:  2:06CR00409-01
                                      **DISPOSITIONAL HEARING IN**
                                      **THE MATTER OF LARRY GULLEY**

Your Honor:

Mr. Gulley's dispositional hearing regarding his violation of supervised release is scheduled for December 10, 2009.  Mr. Gulley last appeared in court on September 24, 2009, where he admitted to the Petition.  The reason the dispositional hearing was continued until December 10, 2009, was to give Mr. Gulley the opportunity to participate in counseling and discontinue his use of illegal substances.  Unfortunately, on October 7, 2009, Mr. Gulley provided a urine specimen which tested positive for cocaine.  Due to this most recent positive test, Probation is requesting that Mr. Gulley's dispositional hearing be moved up to November 12, 2009.  Assistant United States Attorney Samuel Wong and Federal Defender Jeff Staniels have been contacted and agree to the change of date.

                                        Respectfully submitted,

                                        /s/ Cynthia J. Mazzei

                                        **CYNTHIA J. MAZZEI**
                                **Senior United States Probation Officer**

Dated:       October 20, 2009
                Sacramento, California
                CJM:jc

**REVIEWED BY:**    /s/ Kyriacos Simonidis
                           **KYRIACOS SIMONIDIS**
                           **Supervising United States Probation Officer**

**RE:   Larry GULLEY**
**Docket Number:   2:06CR00409-01**
**DISPOSITIONAL HEARING IN**
<u>**THE MATTER OF LARRY GULLEY**</u>

cc:   Samuel Wong
      Assistant United States Attorney

      Jeffrey Staniels
      Defense Counsel


AGREE: XX                                              DISAGREE: _____


Dated: October 22, 2009

                                                       _____
                                                       MORRISON C. ENGLAND, JR.
                                                       UNITED STATES DISTRICT JUDGE